**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| EDY ARGUETA-GUOX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No.: **6: 25-cv-03231-MDH** |
| v. | ) | |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

The Court, having reviewed the Notice of Voluntary Dismissal (Doc. 4) as to the Petition filed by Petitioner, against the Respondents, filed by the Petitioner, and being fully advised in the premises, hereby dismisses the Petition for Writ of Habeas Corpus. This case is hereby dismissed without prejudice with each party to bear their own costs.

**IT IS SO ORDERED.**

Date: April 22, 2026

/s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**